WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
WALTER M. CRANDALL - State Bar No. 250976
wcrandall@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:  (714) 558-7000
Facsimile:   (714) 835-7787

Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity, and Officer ZACHARY TRAVNITZ, as an employee of the City of Beverly Hills, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENARD OWENS,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS; a public entity; ZACHARY TRAVNITZ, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.: 2:21-cv-01738 AB (JPRx)<br><br>BEFORE THE HONORABLE ANDRÉ BIROTTE JR.<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>HEARING DATES PENDING:<br><br>TYPE:  Motion to Compel<br>DATE:  March 10, 2022<br>TIME:  10:00 a.m.<br>CRTRM: 255 E. Temple Street, Los Angeles, CA 90012 Courtroom 690 |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff RENARD OWENS and Defendants CITY OF BEVERLY HILLS, a public entity, and Officer ZACHARY TRAVNITZ, as an employee of the City of Beverly Hills, a public entity, have reached an agreement to resolve this matter in its entirety.

///

///

1

Accordingly, the parties hereby stipulate and jointly request that the Court vacate the motion to compel hearing date currently scheduled for March 10, 2022, as well as all other pending dates and deadlines.

The parties further stipulate to, and jointly request that, the Court retain jurisdiction over this matter to enforce the terms of the settlement. Once the necessary documents are executed, the parties will file a stipulation of dismissal with prejudice as to the entire case.

DATED: February 15, 2022          WILLIAMS & SEEMAN

By: /s/Bart Seeman
BART SEEMAN
Attorneys for Plaintiff
RENARD OWENS

DATED: February 15, 2022          LAW OFFICES OF ERIN DARLING

By: /s/Erin Darling
ERIN DARLING
Attorneys for Plaintif
RENARD OWENS

DATED: February 15, 2022          WOODRUFF, SPRADLIN & SMART, APC

By: /s/Walter M. Crandall
DANIEL K. SPRADLIN
WALTER M. CRANDALL
Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity, and Officer ZACHARY TRAVNITZ, as an employee of the City of Beverly Hills, a public entity

1661449.1

Pursuant to local 5-4.3.4, I, Walter M. Crandall, attest that Bart Seeman and Erin Darling concur with the content of this joint stipulated protective order and have authorized the filing of the same.

DATED: February 15, 2022          WOODRUFF, SPRADLIN & SMART, APC

By: _/s/Walter M. Crandall_____
    DANIEL K. SPRADLIN
    WALTER M. CRANDALL
    Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity, and Officer ZACHARY TRAVNITZ, as an employee of the City of Beverly Hills, a public entity

1661449.1

3

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On February 15, 2022, I served the foregoing document(s) described as **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 15, 2022 at Costa Mesa, California.

*s/Kathleen Moore*
Kathleen Moore

1661449.1

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RENARD OWENS v. CITY OF BEVERLY HILLS, ET AL.**

**SERVICE LIST**

| | |
|---|---|
| Bart A. Seemen<br>Williams & Seemen, A.P.L.C.<br>16255 Ventura Blvd., Suite 1106<br>Encino, CA 91436<br>Telephone: (818) 898-8300<br>Facsimile: (818) 574-3006<br>Email: bas@latrialteam.com<br>Email: adw@latrialteam.com | Attorneys for Plaintiff<br>RENARD OWENS |
| Erin Darling<br>Law Offices of Erin Darling<br>3435 Wilshire Boulevard, Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (323) 736-2230<br>Email: erin@erin@erindarlinglaw.com | Attorneys for Plaintiff<br>RENARD OWENS |

12/02/21

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1661449.1

5