JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENARD OWENS, | CASE NO. 2:21-CV-01738 AB (JPRX) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| CITY OF BEVERLY HILLS; a public entity; ZACHARY TRAVNITZ, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 23, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.